UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

MANUELITA CLEMENTE,

        Plaintiff,

v.

NEW YORK STATE DIVISION OF PAROLE,

        Defendant.

-------------------------------------------------X

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE, that the Plaintiff Manuelita Clemente has retained Stewart Lee Karlin in connection with the above captioned matter and Stewart Lee Karlin, Esq. herein appears on Plaintiff's behalf.

    HENCEFORTH, please serve all papers on Stewart Lee Karlin, Attorney at Law, 9 Murray Street, Suite 4W, New York, N.Y. 10007. Tel: (212) 732-9450, Fax: (212) 571-9893, Email edlawkarlin@aol.com.

Dated: New York, New York
      January 23, 2008               Respectfully submitted,

                                                  s/Stewart Lee Karlin, Esq.
                                                STEWART LEE KARLIN, ESQ.
                                                Attorney for Respondent
                                                9 Murray Street, Suite 4W
                                                New York, New York, 10007
                                                Tel: (212) 732-9450
                                                Fax: (212) 571-9893

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing notice was e-filed and delivered via ECF filing system to Christine A. Ryan, Ass't Attorney General, on this 23RD day of January, 2008.

    s/Stewart Lee Karlin, Esq
STEWART LEE KARLIN, ESQ,