UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

MANUELITA CLEMENTE,

        Plaintiff,

v.

NEW YORK STATE DIVISION OF PAROLE,

        Defendant.

-------------------------------------------------X

## MOTION FOR A CONFERENCE

PLEASE TAKE NOTICE, that the Plaintiff Manuelita Clemente through her counsel is requesting a pretrial conference and states the grounds thereof as follows:

1. Plaintiff has been pro se and the undersigned has just been retained and appeared in this matter.

2. The undersigned would respectfully request that the a pretrial conference be scheduled to address the pretrial scheduling order in this matter.

WHEREFORE, plaintiff requests that a pretrial conference be scheduled and any other relief that is just and equitable.

Dated: New York, New York
      January 23, 2008           Respectfully submitted,

                                      s/Stewart Lee Karlin, Esq.
                                      STEWART LEE KARLIN, ESQ.
                                      Attorney for Respondent
                                      9 Murray Street, Suite 4W
                                      New York, New York, 10007
                                      Tel: (212) 732-9450
                                      Fax: (212) 571-9893

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing notice was e-filed and delivered via ECF filing system to Christine A. Ryan, Ass't Attorney General, on this 23RD day of January, 2008.

    s/Stewart Lee Karlin, Esq
STEWART LEE KARLIN, ESQ,