MAR-13-2008 09:23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

MANUELITA CLEMENTE,

    Plaintiff,

v.

NEW YORK STATE DIVISION OF PAROLE,

    Defendant.

---------------------------------------X

07 CV 4008
07 CIV 04008 (RJH) (DFE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

RECEIVED MAR 18 2008 CHAMBERS OF RICHARD J. HOLWELL

## STIPULATION AND AMENDED SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties herein that due to plaintiff *pro se* retaining counsel, the scheduling order is amended as follows:

1. All Fact Discovery must be commenced in time to be completed by May 31, 2008;

2. Plaintiff's experts due on May 31, 2008;

3. Defendant's expert due on June 30, 2008;

4. All expert discovery to be completed by July 31, 2008;

5. Any dispositive motion must be served and filed by September 7, 2008;

6. Joint pretrial order must be filed by September 30, 2008:

    a. Defendant must serve its sections by 9/10/08;

    b. Plaintiff must serve its sections by 9/20/08

None of the above dates will be extended except upon a showing of good cause.

Dated: New York, New York

March 7, 2008

**STEWART LEE KARLIN**

By: _____
Stewart Lee Karlin (SK 3720)
Attorney for Plaintiff
9 Murray Street, Suite 4W
New York, NY 10007
(212) 732-9450

Respectfully submitted,

**ANDREW M. CUOMO**
Attorney General of the
State of New York

By: _____
Christine A. Ryan (CR 8287)
Assistant Attorney General
Attorney for Defendant
120 Broadway
New York, NY 10271
(212) 416-8652

The next status conference shall be held on 06/13/08 at 11:30

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
3/20/08

06/13/08 at 11:30 am