UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MANUELITA CLEMENTE,

          Plaintiff,

  -against-

NEW YORK STATE DIVISION OF PAROLE,

          Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/29/08

07 Civ. 4008 (RJH)(DFE)

~~Proposed~~ Revised Scheduling Order

DOUGLAS F. EATON, United States Magistrate Judge.

    1.    All fact discovery in these matter must be commenced in time to be completed by July 30, 2008.

    2.    Plaintiff's experts' *reports* due on July 30, 2008.

    3.    Defendants' experts due on August 30, 2008.

    4.    All expert discovery is to be completed by September 30, 2008.

    5.    Any dispositive motions to be served and filed by November 7, 2008.

    6.    *If (and only if) no dispositive motion has been made, then the* Joint pre-trial order must be filed by November 30, 2008.

_____
DOUGLAS F. EATON
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       May 29, 2008

USDC SDNY
DATE SCANNED 5/29/08

TOTAL P.04