# MEMO ENDORSED



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

July 28, 2008

By Facsimile

Honorable Douglas Eaton
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1360
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08
```

Re:  Clemente v. New York State Division of Parole
     07 Civ. 4008 (RJH)(DFE)

Dear Judge Eaton:

On behalf of the defendant, this letter is written to notify the Court that I have been reassigned this matter, and to request a 60 day extension of the discovery schedule. Plaintiff consents to the request for a discovery extension. This request is made because I was out on family leave and unable to work on this matter until recently, and thus would request time to become familiar with this matter and to evaluate with my client how we intend to proceed. It is my understanding that the Court has granted two previous extensions of the discovery schedule in this matter.

Accordingly, we respectfully request an extension of the discovery schedule as follows:

1. All fact discovery in this matter must be commenced in time to be completed by September 30, 2008.
2. Plaintiff's expert reports due by October 30, 2008.
3. Defendant's expert reports due by November 30, 2008.
4. Any dispositive motions to be served and filed by January 7, 2009.
5. If no dispositive motion has been filed, then the joint pre-trial order must be filed by January 30, 2009.

*7/28/08 — I grant this request. No further extensions.*
*Douglas F. Eaton*

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

USDC SDNY
DATE SCANNED 7/29/08

Respectfully submitted,

John E. Knudsen
Assistant Attorney General
(212) 416-8625

cc: Stewart Lee Karlin, Esq.

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us